# UNITED STATES DISTRICT COURT
## for the Middle District of Florida; Tampa Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 8:90-CR-132-T-17EAJ |
| v. | ) | USM No. 32478-004 |
| | ) | |
| YOLANDA SMITH | ) | |
| _____ | ) | |

Date of Previous Judgment: July 2, 1991      AFPD James Skuthan
(Use Date of Last Amended Judgment if Applicable)      Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ___ the defendant ___ the Director of the Bureau of Prisons __X__ the Court sua sponte under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) and pursuant to the Joint Stipulation of the parties,

**IT IS ORDERED** that the motion is:

__X__ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **TWO HUNDRED NINETY-TWO (292) MONTHS** is reduced to **TWO HUNDRED FORTY (240) MONTHS** or time served, whichever is greater.

__X__ The Court **GRANTS** the government's request that any order reducing the defendant's sentence provide that the defendant not be released sooner than 10 calendar days after the entry of the order and overrules defendant's objections. The Court finds that this is a reasonable administrative request from the government and the Bureau of Prisons.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 240 to 293 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

__X__ The reduced sentence is within the amended guideline range.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated July 2, 1991 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 4, 2008

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Effective Date: March 15, 2008
(if different from Order date)